| | |
|---|---|
| 1 | TRACY L. WILKISON |
| | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| | Senior Litigation Counsel, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
| |    Social Security Administration |
| 8 |    160 Spear Street, Suite 800 |
| 9 |    San Francisco, CA 94105 |
| 10 |    Telephone: (510) 970-4861 |
| |    Facsimile: (415) 744-0134 |
| 11 |    Email: Jennifer.Tarn@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ELIJAH RAY BERRYMAN | ) | |
|    Plaintiff, | ) | Case No.: 2:21-cv-03015-MRW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security,[1] | ) | |
|    Defendant. | ) | |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |
| 5 | |
| 6 | |
| 7 | DATED: 11/22/2021 _____ |
| 8 | HONORABLE JUDGE MICHAEL R. WILNER |
| | UNITED STATES MAGISTRATE JUDGE |
| 9 | |